UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>CONSOLIDATED FEATURE REALTY LITIGATION | NO.   CV-05-0333-WFN<br><br>ORDER OF DISMISSAL OF CAUSE NO. 05-CV-168-JLQ AND ORDER CLOSING CAUSE NO. 05-CV-168-JLQ |

Based upon the Stipulation of the parties filed June 14, 2007 (Ct. Rec. 194), **IT IS HEREBY ORDERED** that Cause No. CV-05-168-JLQ is **DISMISSED** with prejudice and without costs to any party.  This Order, together with the Court's separate Order Dismissing Claims in Cause No. CV-05-165-WFN and Cause No. CV-05-222-JLQ, dismisses Genesis Insurance Company from the consolidated In Re: Feature Realty litigation.

The District Court Executive is directed to:

1. File this Order in Cause No. CV-05-333-WFN and Cause  No. CV-05-168-JLQ;

2.  Enter judgment of dismissal with prejudice of the complaint and the claims therein without costs in CV-05-168-JLQ.

3. Provide copies to counsel; and

4. **CLOSE** the CV-05-168-JLQ file.

**DATED** this 27th day of June, 2007.

                    s/Justin L. Quackenbush
                    JUSTIN L. QUACKENBUSH
            SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1