AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

In Re: Consolidated Feature Realty Litigation

GENENSIS INSURANCE COMPANY,

v.

MISSION SPRINGS, INC., et al.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-05-168-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the complaint and claims therein is dismissed with prejudice and without costs.

June 28, 2007
*Date*

JAMES R. LARSEN
*Clerk*
s/ Virginia Reisenauer
*(By) Deputy Clerk*
Virginia Reisenauer